UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, <br><br> Plaintiff, <br> v. <br><br> THE CALIFORNIA STATE UNIVERSITY, ET AL., <br><br> Defendants. | Case No.: C 09-5611 PVT <br><br> **ORDER REFERRING CASE TO U.S. MAGISTRATE JUDGE HOWARD R. LLOYD FOR RELATED CASE CONSIDERATION** |

It has come to the court's attention that the above-captioned action may be related to other actions currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to U.S. Magistrate Judge Howard R. Lloyd with a request that he consider whether the above-captioned action is related to the following actions:

*Gardias v. The California State University, et al.,* Case No. C 09-2090 HRL; and

*Gardias v. The California State University, et al.*, Case No. C 09-5291 HRL.

Dated: December 1, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1 | A copy of the order was mailed on December 1, 2009 to the following:
---|---

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110