1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,           )<br>                               )<br>          Plaintiff,          )<br>     v.                       )<br>                               )<br>THE CALIFORNIA STATE           )<br>UNIVERSITY, ET AL.,            )<br>                               )<br>          Defendants.          )<br>_____) | Case No.: C 09-5611 PVT<br><br>**ORDER REFERRING CASE TO U.S. MAGISTRATE JUDGE HOWARD R. LLOYD FOR RELATED CASE CONSIDERATION** |

It has come to the court's attention that the above-captioned action may be related to other actions currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c).  Therefore,

This action is HEREBY REFERRED to U.S. Magistrate Judge Howard R. Lloyd with a request that he consider whether the above-captioned action is related to the following actions:

*Gardias v. The California State University, et al.,* Case No. C 09-2090 HRL; and

*Gardias v. The California State University, et al.*, Case No. C 09-5291 HRL.

Dated:   December 1, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1 | A copy of the order was mailed on December 1, 2009 to the following:

2 | Piotr J. Gardias
72 Floyd Street
3 | San Jose, CA 95110

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28