***E-FILED 02-05-2010***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C09-05611 HRL |
| Plaintiff,<br>v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE** |
| THE CALIFORNIA STATE UNIVERSITY,<br>THE SAN JOSE STATE UNIVERSITY,<br>MARY CAIN-SIMON, | [Re: Docket No. 13] |
| Defendants. | |

Plaintiff requests a continuance of the March 9, 2010 hearing on defendant's motion to dismiss. In view of the court's unavailability on the noticed hearing date, plaintiff's request is granted. The hearing on defendant's motion to dismiss is **continued to March 23, 2010, 10:00 a.m.** in Courtroom 2. Plaintiff's opposition is due by **March 2, 2010**. Defendant's reply shall be filed by **March 9, 2010**.

SO ORDERED.

Dated: February 5, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1 | 5:09-cv-05611-HRL Notice has been electronically mailed to:

2 | Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCa

3 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

4 |

5 | 5:09-cv-05611-HRL Notice mailed to:

6 | Piotr J. Gardias
7 | 72 Floyd St.
  | San Jose, CA 95110