NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br>　v.<br><br>THE CALIFORNIA STATE UNIVERSITY,<br>THE SAN JOSE STATE UNIVERSITY,<br>MARY CAIN-SIMON,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C09-05611 HRL<br><br>**ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE** |

　　　　The parties are reminded that this case has been assigned to a magistrate judge. **Accordingly, no later than March 12, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

　　　　SO ORDERED.

Dated: March 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-05611-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCa

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:09-cv-05611-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110