1

2          **\*E-FILED 03-12-2010\***

3

4

5

6

7                    NOT FOR CITATION

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11   PIOTR J. GARDIAS,                    No. C09-05611 HRL

12          Plaintiff,            **ORDER RE PLAINTIFF'S MOTIONS**
                                  **FOR LEAVE TO AMEND**
13      v.

14   THE CALIFORNIA STATE UNIVERSITY,
     THE SAN JOSE STATE UNIVERSITY,
15   MARY CAIN-SIMON,

16          Defendants.
     _____/

17

18          Plaintiff Piotr J. Gardias filed a motion for leave to file a Second Amended Complaint

19   (Docket No. 16) and noticed it for a March 16, 2010 hearing.  About a week later, plaintiff filed

20   a motion for leave to file a Third Amended Complaint (Docket No. 18), which he noticed for an

21   April 6, 2010 hearing.  This court finds that it makes sense to first deal with defendant's motion

22   to dismiss the First Amended Complaint, currently set for hearing on March 23, 2010.

23   Accordingly, the March 16, 2010 and April 6, 2010 motion hearings re plaintiff's motions to

24   amend are vacated.  This court will address those motions to amend, as may be appropriate,

25   after defendant's pending motion to dismiss is resolved.

26          SO ORDERED.

27   Dated:    March 12, 2010

28                                          _____
                                            HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE

5:09-cv-05611-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon     Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov,
Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

5:09-cv-05611-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110