*E-FILED 03-12-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C09-05611 HRL |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND** |
| v. | |
| THE CALIFORNIA STATE UNIVERSITY, THE SAN JOSE STATE UNIVERSITY, MARY CAIN-SIMON, | |
| Defendants. | |

Plaintiff Piotr J. Gardias filed a motion for leave to file a Second Amended Complaint (Docket No. 16) and noticed it for a March 16, 2010 hearing. About a week later, plaintiff filed a motion for leave to file a Third Amended Complaint (Docket No. 18), which he noticed for an April 6, 2010 hearing. This court finds that it makes sense to first deal with defendant's motion to dismiss the First Amended Complaint, currently set for hearing on March 23, 2010. Accordingly, the March 16, 2010 and April 6, 2010 motion hearings re plaintiff's motions to amend are vacated. This court will address those motions to amend, as may be appropriate, after defendant's pending motion to dismiss is resolved.

SO ORDERED.

Dated:   March 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-05611-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:09-cv-05611-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110