**\*E-FILED 09-27-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>    Plaintiff,<br>  v.<br><br>THE CALIFORNIA STATE UNIVERSITY;<br>THE SAN JOSE STATE UNIVERSITY,<br><br>    Defendant.<br>_____/ | No. C09-05611 HRL<br><br>**ORDER DENYING PLAINTIFF'S "MOTION FOR A MORE DEFINITE STATEMENT"**<br><br>[Re:  Docket No. 51] |

Plaintiff Piotr Gardias purports to move for an order requiring defendant to provide a more definite statement with respect to certain assertions made in its <u>Case Management Statement</u>. A motion such as this may only be directed to a "pleading," *see* Fed. R. Civ. P. 12(e), and a Case Management Statement is not a pleading.

Accordingly, plaintiff's motion is DENIED.[1]

SO ORDERED.

Dated:   September 27, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also has filed a purported "Answer" to defendant's Case Management Statement. This is also improper, and the court will disregard it as such. The court deplores the plaintiff's personal attacks on the integrity of defense counsel.

United States District Court
For the Northern District of California

5:09-cv-05611-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:09-cv-05611-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110