1

2                                            **\*E-FILED 10-29-2010\***

3

4

5

6

7                              NOT FOR CITATION

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11
   PIOTR J. GARDIAS,                          No. C09-05611 HRL
12
              Plaintiff,                       **ORDER DENYING PLAINTIFF'S**
13                                             **MOTION FOR LEAVE TO FILE**
     v.                                        **MOTION FOR RECONSIDERATION**
14
   THE CALIFORNIA STATE UNIVERSITY;
15 SAN JOSE STATE UNIVERSITY,                  **[Re:  Docket No. 46]**

16            Defendant.
   _____/
17

18          Plaintiff moves for leave to file a motion for reconsideration.  Although it is not entirely

19 clear, it seems that he seeks reconsideration as to certain aspects of this court's August 18, 2010

20 order granting in part and denying in part defendant's motion to dismiss.  Upon consideration of

21 the papers submitted, the court finds that no further briefing or hearing is necessary.  *See* CIV.

22 L.R. 7-9(d).  Plaintiff has not presented any material facts or legal issues which would warrant

23 the filing of a motion for reconsideration.  *See* CIV. L.R. 7-9(b).  Accordingly, his request for

24 permission to do so is DENIED.

25          IT IS SO ORDERED.

26 Dated:    October 29, 2010

27                                          _____

28                                          HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1   5:09-cv-05611-HRL Notice has been electronically mailed to:

2   Mary Susan Cain-Simon      Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov,
    Leticia.MartinezCarter@doj.ca.gov

3

4   5:09-cv-05611-HRL Notice mailed to:

5   Piotr J. Gardias
    72 Floyd St.
6   San Jose, CA 95110

7           Pro Se Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California